Chief Magistrate Judge Theresa L. Fricke

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIO CERPA, et al.<br>　　　　　　　　　　Plaintiffs,<br>　　　v.<br>MARCO RUBIO, United States Secretary of State; KRISTI NOEM, United States Secretary of Homeland Security; DAVID TYLER, Director of the National Visa Center,<br>　　　　　　　　　　Defendants. | Case No. 2:25-cv-00299-TLF<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Noted for Consideration:<br>May 2, 2025 |

## JOINT STIPULATION

The Parties, through undersigned counsel, jointly file this stipulation asking the Court to extend the deadline for the filing of Defendants' Answer to Plaintiffs' Complaint until Monday, June 2, 2025.

Plaintiffs filed their Complaint on February 14, 2025. Pursuant to LCR 12(a)(1), the Defendants' response to the complaint is due on May 2, 2025. The Parties have discussed the potential of resolving this matter short of further litigation and have agreed to extend the deadline for 30 days. If their efforts are successful, it will save the Parties and the Court time and resources. Therefore, the Parties submit there is good cause for a brief extension of

STIPULATED MOTION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:25-cv-00299-TLF] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Defendants' time to respond to the complaint and have stipulated to extend that deadline until Monday, June 2, 2025.

**SO STIPULATED.**

DATED this 2nd day of May, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | GLOBAL LAW ADVOCATES, PLLC |
| *s/ Nickolas Bohl*<br>NICKOLAS BOHL, WSBA No. 48978<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-7970<br>Fax:      206-553-4067<br>Email:   nickolas.bohl@usdoj.gov | *s/ Inna Scott*<br>INNA SCOTT, WSBA No. 46864<br>655 South Orcas Street, Suite 210<br>Seattle, Washington 98108<br>Phone: 206-774-8759<br>Fax:     206-457-2137<br>Email: iscott@globallawadvocates.com<br><br>*Attorneys for Plaintiff* |

*Attorneys for Defendants*

I certify that this memorandum contains 130 words, in compliance with the Local Civil Rules.

STIPULATED MOTION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:25-cv-00299-TLF] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**[PROPOSED] ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. Defendants shall file their Answer by June 2, 2025.

DATED this  12th  day of  May , 2025.

_____
TANA LIN
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:25-cv-00299-TLF] - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970